DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-6418
phillip.smith@usdoj.gov

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-320-LRH-VCF |
| Plaintiff, | **ORDER TO UNSEAL CASE** |
| vs. | |
| JACK BENJAMIN HESSIANI, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Indictment filed on November 8, 2016 in the above-captioned case, along with all subsequent and further proceedings, shall be unsealed.

DATED this __30__ day of ___November___, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

2