# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             Plaintiff, )<br> )<br>vs. )<br> )<br>JACK BENJAMIN HESSIANI, )<br>             Defendant. )<br>_____ ) | Case No. 2:16-cr-00320-LRH-VCF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion to Set Aside Order of Detention of December 2, 2016, and for Bail Hearing (ECF No. 13), filed on December 6, 2016.

Defendant received a full detention hearing before the Honorable Steve Kim, United States Magistrate Judge, in the Central District of California on November 16, 2016. Following the detention hearing, Magistrate Judge Kim found that Defendant should be detained pending trial. Therefore, Defendant is not entitled to another detention hearing before a magistrate judge in this district. This, however, does not preclude Defendant from filing a motion for review of, and to revoke, the detention order pursuant to 18 U.S.C. § 3145(b). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Set Aside Order of Detention of December 2, 2016, and for Bail Hearing (ECF No. 13) is **denied**, without prejudice.

DATED this 9th day of December, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge