UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JACK BENJAMIN HESSIANI,<br><br>　　　　　　　Defendant. | 2:16-cr-320-LRH-VCF<br><br>ORDER |

　　　Court Reporter Donna Davidson is requested to prepare and file transcripts of the following:

　　　(1)  The transcript of the Initial Appearance/Arraignment and Plea held before Magistrate Judge George Foley, Jr., on December 2, 2016 (ECF No. 8), and

　　　(2) The transcript of the status conference held before Magistrate Judge George Foley, Jr., on December 8, 2016 (ECF No. 14).

　　　IT IS HEREBY ORDERED that fees for the transcripts designated shall be paid by the United States as provided under 28 U.S.C. § 753(f).

　　　DATED this 30th day of December, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE