# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JACK HESSIANI,

        Defendant.

2:16-cr-00320-LRH-VCF

**ORDER**

    Before the Court is the Second Emergency Ex-Parte Motion to Withdraw as Counsel for Defendant (ECF No. 46).

    IT IS HEREBY ORDERED that a hearing on is the Second Emergency Ex-Parte Motion to Withdraw as Counsel for Defendant (ECF No. 46) is scheduled for 1:00 PM, May 26, 2017, in Courtroom 3D.

    The U.S. Marshal is directed to transport defendant to and from the hearing.

    DATED this 24th day of May, 2017.

                                                  CAM FERENBACH
                                                 UNITED STATES MAGISTRATE JUDGE