UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK BENJAMIN HESSIANI,<br><br>Defendant. | Case No. 2:16-cr-00320-LRH-(VCF)<br><br>ORDER |

Before the court is defendant Jack Benjamin Hessiani's Motion to Continue Trial Dates (ECF No. 60). The government filed its Response in Opposition to the Defendant's Motion to Continue Trial (ECF No. 61) on August 9, 2017. During Calendar Call, held on August 10, 2017, the court granted leave for the parties to file supplemental briefing; defendant filed his Reply to Opposition to Motion to Continue Trial Dates (ECF No. 63) on August 14, 2017, and the government filed its Surreply in Opposition to the Defendant's Motion to Continue Trial on August 15, 2017.

The court having reviewed the above documents, and good cause appearing, defendant's Motion to Continue Trial Dates (ECF No. 60) is hereby GRANTED.

IT IS SO ORDERED.

DATED this 15th day of August, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1