```
┌──────────────────────────────────────┐
│ ✓ FILED          ___ RECEIVED         │
│ ___ ENTERED      ___ SERVED ON        │
│        COUNSEL/PARTIES OF RECORD      │
│ ┌──────────────────────────────────┐ │
│ │                                  │ │
│ │         DEC 2 1 2017             │ │
│ │                                  │ │
│ └──────────────────────────────────┘ │
│        CLERK US DISTRICT COURT        │
│ BY:         DISTRICT OF NEVADA        │
│                              DEPUTY   │
└──────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00320-LRH-VCF |
| Plaintiff, | VERDICT FORM |
| v. | |
| JACK BENJAMIN HESSIANI, | |
| Defendant. | |

We, the jury, empaneled in the above-captioned case, upon our oath, do hereby state that we find the following unanimous verdict:

We find the defendant, JACK BENJAMIN HESSIANI, _____ *Guilty* _____

(Not Guilty / Guilty)

of the charge of Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) as charged in the Indictment herein.

DATED: 12/21/17

FOREPERSON OF THE JURY