UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK BENJAMIN HESSIANI,<br><br>Defendant. | Case No. 2:16-cr-00320-LRH-VCF<br><br>ORDER |

Before the court is defendant Hessiani's Motion to Continue Sentencing Hearing by at least sixty days (ECF No. 104). The government has filed its opposition (ECF No. 105). Defendant has filed a reply (ECF No. 106).

This case went to trial on December 19, 2017, and was concluded on December 21, 2017, the defendant having been found guilty of the offense of felon in possession of a firearm in violation of Title 18, U.S.C. §§ 922(g)(1) and 924(a)(2). ECF No. 99. Upon completion of trial, sentencing was set for March 22, 2018, giving the defense slightly more than three months to prepare.

Defendant Hessiani's counsel has requested a continuance of the sentencing for a period of at least 60 days, for what would therefore be a period of at least five months from the conclusion of trial. Counsel requests the continuance upon three grounds: (1) to allow time to gather mitigation information and receive requested documents pertaining to Mr. Hessiani, (2) additional time to prepare the sentencing memorandum

///

1

intended to be filed prior to sentencing, and (3) to allow defendant's family to travel to Las Vegas to attend the sentencing hearing.

Regarding the first ground, the request to gather mitigation information and other documents, there is no identification of any mitigation information or other documents which have been requested, how those documents would be relative to defendant's sentencing, when they were first requested, when counsel was first aware of them, or how they might be relative to a sentencing disposition in this case.

Regarding the second ground, preparation of a sentencing memorandum, defense counsel has identified issues unique to the defendant's criminal history which may require additional research and preparation time in the interest of preparing a meaningful sentencing memorandum. The court appreciates that the present defense counsel came on board from the Federal Public Defender's Office less than two months before trial, and that additional time before sentencing may be warranted.

As to the attendance of defendant's family members to travel to Las Vegas (from California), there has been no identification of any reason or reasons why those family members would be unable to attend on the March 22, 2018 date. The court notes that family members sat through the trial in mid-December 2017, and were undoubtedly aware of the presently scheduled sentencing date of March 22, 2018.

The defendant now seeks a continuance of at least sixty days upon the grounds outlined above. In the court's view, these are insufficient grounds upon which a continuance of an additional sixty days, a total of five-months from conviction at trial, is warranted. However, in the interest of allowing the defense additional time to be fully prepared in this matter, the court is satisfied that cause has been shown for a continuance of approximately one month.

///

///

///

///

IT IS THEREFORE ORDERED that defendant's Motion to Continue (ECF No. 104) is **GRANTED in part and DENIED in part** in accordance with this order. Defendant's sentencing hearing is continued until Tuesday, May 1, 2018, at 11:15 a.m.

IT IS SO ORDERED.

DATED this 9th day of March, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE