RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jack Benjamin Hessiani

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>JACK BENJAMIN HESSIANI,<br><br>       Defendant. | Case No. 2:16-cr-00320-LRH-VCF<br><br>**LETTERS IN SUPPORT OF DEFENDANT FOR SENTENCING** |

      COMES NOW, the Defendant Jack Benjamin Hessiani, by and through his attorney, Nisha Brooks-Whittington, Assistant Federal Public Defender, and hereby submits the attached letters (Exhibit A) in support of defendant for the sentencing hearing set on May 2, 2018 at 1:00 pm.

      DATED this 2nd day of May, 2018.

                                  RENE L. VALLADARES
                                  Federal Public Defender

                     By:  */s/ Nisha Brooks-Whittington*
                                  NISHA BROOKS-WHITTINGTON
                                  Assistant Federal Public Defender
                                  Attorney for Jack Benjamin Hessiani

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 2, 2018, she served an electronic copy of the above and foregoing **LETTERS IN SUPPORT OF DEFENDANT FOR SENTENCING** by electronic service (ECF) to the person named below:

>DAYLE ELIESON
>United States Attorney
>PHILLIP N. SMITH , JR.
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

>/s/ Cecilia Valencia
>Employee of the Federal Public Defender