UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK BENJAMIN HESSIANI,<br><br>Defendant. | Case No. 2:16-cr-00320-LRH-(VCF)<br><br>ORDER |

Before the court is defendant Jack Benjamin Hessiani's Motion Requesting the Court File Juror Information Under Seal and Provide a Copy to the Parties (Expedited Treatment Requested) (ECF No. 143). The motion requests that, for purposes of appeal, the court order an Excel spreadsheet listing the names and ages of the 32 jurors qualified for cause be filed under seal on the district court docket and made available to the parties. Good cause appearing,

IT IS HEREBY ORDERED that defendant's Motion Requesting the Court File Juror Information Under Seal and Provide a Copy to the Parties (Expedited Treatment Requested) (ECF No. 143) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall file the Excel spreadsheet on the docket under seal, and thereafter restrict access to the case participants.

///

///

1

IT IS FURTHER ORDERED that counsel shall treat the names of individual jurors as confidential.

IT IS SO ORDERED.

DATED this 20th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE