UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00320-LRH |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JACK BENJAMIN HESSIANI, | |
| Defendant. | |

James I Hoffman was appointed to represent Mr. Hessiani (ECF No. 156) for the limited purpose of evaluating his eligibility for relief under *Rehaif v. United States*, 139 S. Ct. 2191 (2019), or *United States v. Davis*, 139 S. Ct. 2319 (2019). Appointed counsel James I. Hoffman now moves to withdraw from representation due to an irreconcilable conflict and seeks appointment of new counsel for the defendant and an extension of time for Mr. Hessiani to file a pro se reply on the pending 2255 motion (ECF No. 151) if he should wish to do so.

IT IS HEREBY ORDERED the motion to withdraw (ECF No. 158) is GRANTED, and James I. Hoffman is hereby withdrawn from representation of the defendant in this case. The defendant will be appointed new counsel for the limited purpose of evaluating his eligibility for relief under either or both *Rehaif*, 139 S. Ct. 2191 and *Davis*, 139 S. Ct. 2319 by way of separate order.

IT IS FURTHER ORDERED that Mr. Hessiani, and or newly appointed counsel may file a reply in support of the motion to vacate (ECF No. 151) on or before Friday, January 14, 2022.

IT IS SO ORDERED.

DATED this 23rd day of November, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1