UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JACK HESSIANI,<br><br>                              Defendant. | Case No.: 2:16-CR-00320-LRH-VCF<br><br>MINUTE ORDER<br><br>Date:  MARCH 25, 2022 |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE
DEPUTY CLERK: <u>  NONE APPEARING  </u>     REPORTER: <u> NONE APPEARING </u>
COUNSEL FOR PLAINTIFF(S): <u>        NONE APPEARING        </u>
COUNSEL FOR DEFENDANT(S): <u>        NONE APPEARING        </u>

**MINUTE ORDER IN CHAMBERS**:

Before the Court is Defendant's Amended 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Court (ECF No. 169).  Accordingly,

**IT IS ORDERED** that a responsive pleading shall be filed by the Government within 45 days of entry of this Order, a reply may be filed by the Defendant within 15 days following the Government's response, and the matter will be submitted to the Court for decision or other appropriate action.

**IT IS SO ORDERED**.

DEBRA K. KEMPI, CLERK

By: <u>         /s/         </u>

Deputy Clerk